UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LINELL L. DUMAS, JR., | NO. CV 16-9602-PA (AS) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| NURSE SISSON, et. al., | **OF UNITED STATES MAGISTRATE** |
| Defendants. | **JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, issued on October 15, 2019. See Docket No. 83.

On November 4, 2019, Plaintiff filed Objections to the Report and Recommendation (Docket No. 84). After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation reiterate the arguments presented in Plaintiff's opposition to the motion for summary judgment, have been

addressed in the Report and Recommendation, and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 21, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE