JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| LINELL L. DUMAS JR., | ) | NO. CV 16-9602-PA (AS) |
|        Plaintiff, | ) | |
|     v. | ) | **JUDGMENT** |
| NURSE SISSON, et. al., | ) | |
|        Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed  with prejudice.

DATED: November 21, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE